UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 05-41108 |
| FALCON PRODUCTS, INC., et al, | ) | |
| | ) | Jointly Administered Under Chapter 11 |
| Debtors. | ) | |
| | ) | |
| FALCON CREDITOR TRUST, | ) | Adv. No. 06-04425 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LEISURE LITE IND, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that Defendant's Response to Plaintiff's First Requests for Admission were served on May 31, 2007 by depositing copies thereof in the U.S. mail, first class, postage prepaid, and via facsimile transmittal on the following:

Jennifer A. Merlo
David M. Brown
Anne M. Lindner
Spencer Fane Britt & Browne LLP
1 North Brentwood Blvd., Tenth Floor
St. Louis, MO 63105
Attorneys for Falcon Creditor Trust

Date: May 31, 2007.              SANDBERG, PHOENIX & von GONTARD, P.C.

                        By:   /s/ Scott Greenberg
                              Scott Greenberg, MO Bar: 33575, Fed Bar: 3270
                              One City Center, 15th Floor
                              515 N. 6th Street
                              St. Louis, MO 63101
                              (314) 231-3332
                              (314) 241-7604 Fax
                              sgreenberg@spvg.com

                              Attorneys for Defendant Leisure Lite Ind.