UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| FALCON PRODUCTS, INC., a Delaware corporation, et al., | Case No. 05-41108-399 <br> Adversary No. 06-04425 |
| Debtors, | JOINTLY ADMINISTERED UNDER CHAPTER 11 |
| FALCON CREDITOR TRUST, | |
| Plaintiff, | **NOTICE OF DISMISSAL** |
| v. | |
| LEISURE LITE IND, | |
| Defendant. | |

For its Notice of Dismissal, the Falcon Creditor Trust, (the "Plaintiff") states:

1. On December 15, 2007, the Trust filed its Complaint.

2. Subsequently, the Plaintiff and Defendant arrived at a compromise and executed a Settlement Agreement.

3. The Settlement Agreement was approved by the Bankruptcy Court in its Order granting the Amended Tenth Motion to Approve Compromises.

4. Plaintiff requests, therefore, that the Court dismiss this adversary proceeding.

Date: December 18, 2007

SPENCER FANE BRITT & BROWNE

*Anne Lindner*

Nicholas A. Franke (MO 37402; EDMO 117136)
nfranke@spencerfane.com
David M. Brown (MO 55034, EDMO 498410)
dbrown@spencerfane.com
Anne M. Lindner (MO 59077, EDMO 533403)
alindner@spencerfane.com
1 North Brentwood Boulevard, Tenth Floor
St. Louis, MO 63105
Telephone: (314) 863-7733/Fax: (314) 862-4656
COUNSEL FOR PLAINTIFF

291945.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of December, 2007, I caused a true and correct copy of the foregoing document to be served upon the following either by ECF-electronic filing notification or by depositing copies thereof in the U.S. mail, first class, postage prepaid, addressed as follows:

Leisure Lite
Scott A. Greenberg
Sandberg, Phoenix & von Gontard
One City Centre, 515 N. 6th St., Fl. 15
St. Louis, MO 63101

291945.1